**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

|  |  |
|---|---|
| DEBRIAN FRANKLIN COLEMAN, | Case No.: 5:22-cv-00250-JSM-PRL |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR** |
| | **ENTRY OF FINAL JUDGMENT** |
| GENERAL INFORMATION SOLUTIONS LLC, | |
| Defendant. | |

Plaintiff Debrian Franklin Coleman and Defendant General Information Solutions, LLC hereby stipulate to the entry of the attached Stipulated Final Judgment.

*//*

Respectfully submitted this 12th day of October 2022,

**THE CONSUMER JUSTICE LAW FIRM**

*/s/ Yosef Steinmetz*
Yosef Steinmetz, Bar No. 119968
8245 N. 85th Way
Scottsdale, AZ 85258
T: (305) 330-3750
E: ysteinmetz@cjl.law

*Attorney for Plaintiff*
*Debrian Franklin Coleman*

**MONTGOMERY MCCRAKEN WALKER & RHOADS LLP**

*/s/ John George Papianou*
John George Papianou
1735 Market Street
Philadelphia, PA 19103
T: (215) 772-7389
F: (215) 772-7620
E: jpapianou@mmwr.com

*Counsel for Defendant General*
*Information Solutions, LLC*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Joshua Yancey*