## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

| | |
|---|---|
| DEBRIAN FRANKLIN COLEMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>GENERAL INFORMATION<br>SOLUTIONS LLC,<br><br>       Defendant. | Case No.: 5:22-cv-250-JSM-PRL<br><br>**STIPULATED FINAL JUDGMENT** |

This matter having been brought to the Court upon Debrian Franklin Coleman ("Plaintiff") and Defendant General Information Solutions, LLC's ("Defendant") Joint Stipulation for Entry of Final Judgment, and the parties having stipulated to the entry of this final judgment ("Final Judgment"), and good cause having been shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.　　Plaintiff be awarded judgment against Defendant in the amount of Forty-One Thousand Three Hundred Dollars ($41,300.00);

2.　　Defendant consented to the entry of this Final Judgment as outlined below and has done so voluntarily and represents that no threats, offers, promises, or inducements of any kind have been made by Plaintiff or any member, officer, employee, agent, or representative of Plaintiff to induce Defendant into consenting to move for Final Judgment;

1

3.     On August 19, 2022, Defendant served an Offer of Judgment on Plaintiff in the amount of Twenty-Seven Thousand Five Hundred Dollars ($27,500) for all violations arising out of the facts alleged against Defendant in Plaintiff's Complaint;

4.     Defendant's Offer of Judgment was made solely for the purposes specified in Fed. R. Civ. P. 68 and was not (and is not) to be construed either as an admission that Defendant was liable, or that Plaintiff suffered any damage;

5.     On August 30, 2022, Plaintiff accepted Defendant's Offer of Judgment for Twenty-Seven Thousand Five Hundred Dollars ($27,500.00);

6.     Additionally, Defendant has agreed to pay Plaintiff thirteen thousand eight hundred dollars ($13,800.00) for attorneys' fees and costs, which shall be paid within fifteen (15) calendar days of entry of this Final Judgment;

7.     Thus, Final Judgment shall be entered against Defendant in the amount of Forty-One Thousand Three Hundred Dollars ($41,300.00);

8.     Defendant waives the right, if any, to a jury trial and to appeal from the entry of the Final Judgment;

9.     Defendant waives service of the Final Judgment and agree that entry of this Final Judgment by the Court and filing with the Clerk of the Court will constitute notice to Defendants of its terms and conditions;

10.     This Final Judgment resolves all claims and violations arising out of

the facts alleged against Defendant in Plaintiff's Complaint; and

11.    This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IT IS SO ORDERED.**

Dated:  October 12, 2022

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE